UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| KAREN L. DEXTER, | Case No. C17-5253-JPD |
|---|---|
| Plaintiffs, | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the unopposed motion of defendant, Dkt. 9, as well as the declaration of Jeffrey R. McClain, Dkt. 10, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before October 27, 2017.

DATED this 31st day of August, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1