UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| KAREN L. DEXTER, | Case No. C17-5253-JPD |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO RE-NOTE MOTION TO DISMISS AND EXTEND TIME FOR FILING RESPONSE TO MOTION TO DISMISS |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the plaintiff's unopposed Motion to Re-Note Motion to Dismiss and Extend Time for Filing Response, Dkt. 13, as well as the declaration of Eitan Kassel Yanich, Dkt. 13-1, it is hereby ORDERED that plaintiff's motion is GRANTED.

Accordingly, plaintiff shall file her response by no later than **Monday, December 11, 2017** and defendant shall file her optional reply by no later than **Friday, December 15, 2017**. The Clerk of the Court is also directed to RE-NOTE defendant's Motion to Dismiss, Dkt. 12, for consideration on **December 15, 2017**.

DATED this 17th day of November, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1